# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JESSICA BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>MILLIMAN, INC., d/b/a INTELLISCRIPT,<br><br>    Defendant. | Case No. 26-CV-206 |

**DEFENDANT MILLIMAN, INC. d/b/a INTELLISCRIPT'S NOTICE OF REMOVAL**

Defendant Milliman, Inc., d/b/a IntelliScript ("Milliman" or "Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, by this Notice hereby removes this action from the Circuit Court of Waukesha County, Wisconsin to the United States District Court for the Eastern District of Wisconsin. As explained below, this Court has jurisdiction under 28 U.S.C. §§ 1331, 1332, 1441, and 1446. Complete diversity of citizenship exists between Plaintiff and Defendant, and it is evident from the Complaint for Damages and Incidental Relief, and upon information and belief, that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In addition, this Court has federal question jurisdiction because the case exclusively involves claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

I.    **THE STATE COURT ACTION.**

Plaintiff Jessica Brown commenced a civil action in the Circuit Court of Waukesha County, Wisconsin, captioned *Jessica Brown v. Milliman, Inc., d/b/a IntelliScript,* Case No. 25-CV-2281 (the "State Court Action"), and served a Summons and Complaint for Damages and Incidental Relief dated December 2, 2025 on Milliman's registered agent, United Agent Group

("United") on that date. The attached **Exhibit A** constitutes all process, pleadings, and orders that comprise the State Court Action as of the date of this Notice.

As set out in Milliman's contemporaneously filed Motion for Equitable Tolling of Its Time to Remove Under 28 U.S.C. § 1446(b)(1), Milliman seeks to equitably toll its deadline to remove this case, on the grounds that it did not receive notice that it had been served with the State Court Action until after the expiration of the 30-day removal deadline under 28 U.S.C. § 1446(b)(1). Milliman respectfully requests that this Court consider that motion together with this notice of removal. That motion also contains additional information on filings in the State Court Action to date, to the extent that information is helpful to this Court.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice is also being served upon counsel for Plaintiff. A copy of this Notice is also being filed with the Clerk of Courts of Waukesha County, Wisconsin.

In the State Court Action, as set forth in the Complaint for Damages and Incidental Relief, Plaintiff individually alleges that Milliman violated section 1681e(b) of the FRCA by failing to follow reasonable procedures in preparing a consumer report concerning her. Plaintiff further alleges on behalf of a proposed class that Milliman has violated 1681i(a)(1)(A) by failing to timely reinvestigate said dispute.

## II. REMOVAL IN THIS CASE IS PROPER.

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1332 for the reasons set forth below:

    a. **Complete diversity exists**: The following statements were true on both the date that Plaintiff served the Summons and Complaint for Damages and Incidental Relief on United (December 2, 2025), the date Milliman first received a copy of

the Complaint (January 14, 2026), and the date that Defendant filed its Notice of Removal (February 6, 2026):

1. Plaintiff Jessica Brown resides in the State of Texas. (Ex. A, Dkt 1-2 at 6, Complaint for Damages and Incidental Relief at ¶ 6.)

2. Defendant Milliman, Inc. d/b/a IntelliScript is a foreign corporation organized and existing under the laws of Washington. Milliman's principal place of business is also located in Washington. (Ex. A, Dkt. 1-2 at 120, Def's Answer at ¶ 7.)

b. **The amount in controversy exceeds $75,000.00**. Although Plaintiff does not directly quantify the total amount of damages sought, she alleges in the section of her Complaint titled "Allegations of Numerosity" that the prospective class numbers are "at least in the hundreds."(Ex. A, Dkt 1-2 at 12, Complaint ¶ 33.) In addition to actual and punitive damages, Plaintiff seeks statutory damages on behalf of the class of up to $1,000.00 per violation. (*Id.* at 15.) When taken together with the alleged number of class participants, these statutory violations alone render the amount in controversy as being in the hundreds of thousands, well above the $75,000.00 threshold.

c. **No consent is required.** Because there is only one named Defendant, no consent is required. 28 U.S.C. § 1446(b)(2)(A).

d. **Removal will be timely if this Court grants Milliman's motion.** Although Milliman is filing this notice of removal more than thirty days after its registered agent was served with the summons and complaint in this case, this removal will be timely if this Court grants Milliman's contemporaneously filed Motion for

3
Case 2:26-cv-00206    Filed 02/06/26    Page 3 of 5    Document 1

Equitable Tolling of Its Time to Remove Under 28 U.S.C. § 1446(b)(1). The grounds and support for that request are explained more completely therein.

e. **Venue is proper.** Venue is proper in the Eastern District of Wisconsin because Plaintiff filed her Complaint for Damages and Incidental Relief in the Waukesha County Circuit Court, and Waukesha County, Wisconsin is within the jurisdiction of the Eastern District of Wisconsin. *See* 28 U.S.C.§§ 1441(a) and 130(b).

f. **This Court has federal question jurisdiction.** Plaintiff's Complaint for Damages and Incidental Relief exclusively raises claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, in addition to the other bases for jurisdiction set out above.

WHEREFORE, Defendant Milliman, Inc., d/b/a IntelliScript hereby removes the State Court Action to this Honorable Court.

Dated this 6th of February, 2026.

*Electronically signed by John J. Laffey*
John J. Laffey (State Bar No. 1010885)
Allison E. Laffey (State Bar No. 1090079)
Benjamin W. Kuhlmann (State Bar No. 1127976)
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
(414) 312-7003 (phone)
(414) 755-7089 (fax)
jlaffey@llgmke.com
alaffey@llgmke.com
bkuhlmann@llgmke.com

Jeffery M. Wells (*admission pending*)
WILLIAMS KASTNER
601 Union Street, Suite 4000
Seattle, WA 98101
(206) 233-2985 (phone)
(206) 628-6611 (fax)
jwells@williamskastner.com

*Attorneys for Defendant Milliman, Inc., d/b/a IntelliScript*